CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for TIMOTHY AUSTIN PANNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY AUSTIN PANNELL,<br><br>Defendant. | Case No.: 2:25-cr-120 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   August 21, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, R. James Conolly, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Timothy Austin Pannell, that the status conference in this matter, currently scheduled for August 21, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on December 4, 2025, at 9:30 a.m. for further status conference. Discovery in this case is extensive, and defense counsel needs significantly more time to review it and discuss it with his client, and to conduct further investigation.  To date, the government has produced over 200 pages of police and investigative reports, DEA lab reports, and dozens of hours of body-worn camera video.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

08/18/25

4), from August 18, 2025, through December 4, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 18, 2025

/S/    R. James Conolly
ERIC GRANT
by R. JAMES CONOLLY
Attorney for Plaintiff

DATED: August 18, 2025

/S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Timothy Austin Pannell

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 21, 2025, at 9:30 a.m., be vacated and the matter continued for further status conference on December 4, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from August 18, 2025, through December 4, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 18th day of August 2025.

_____
Troy L. Nunley
Chief United States District Judge

08/18/25