CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for TIMOTHY AUSTIN PANNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>TIMOTHY AUSTIN PANNELL,<br><br>        Defendant. | Case No.: 2:25-cr-120 TLN<br><br>REQUEST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF SIXTH AMENDMENT RIGHT TO COUNSEL<br><br>DATE:  November 20, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

The parties in the above-noted matter hereby request that this matter be scheduled for a hearing on the Defendant's Motion to Dismiss the Indictment for Violation of his Sixth Amendment Right to Counsel.

The parties would further request the following briefing schedule:

Defense motion:              October 29, 2025

Government opposition:    November 6, 2025

Defense reply:                  November 13, 2025

//

DATED:    October 28, 2025    /S/    James Conolly
                                             ERIC GRANT
                                             United States Attorney
                                             by JAMES CONOLLY
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

DATED:    October 28, 2025    /S/    Clemente M. Jiménez
                                             CLEMENTE M. JIMÉNEZ
                                             Attorney for Timothy Austin Pannell

# ORDER

IT IS SO ORDERED.  The Court adopts the parties' proposed briefing schedule.

This 28th day of October 2025.

Troy L. Nunley
Chief United States District Judge

10/28/25