CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for TIMOTHY AUSTIN PANNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TIMOTHY AUSTIN PANNELL,<br><br>    Defendant. | Case No.: 2:25-cr-120 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  April 30, 2026<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James Conolly, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Timothy Austin Pannell, that the status conference in this matter, currently scheduled for April 30, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on July 16, 2026, at 9:30 a.m. for further status conference. Discovery in this case is extensive, and defense counsel needs significantly more time to review it and discuss it with his client, and to conduct further investigation. To date, the government has produced over 200 pages of police and investigative reports, DEA lab reports, and dozens of hours of body-worn camera video. In addition, defense counsel requires time for further review of autopsy reports.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

StipCont.043026
04/21/26

- 1 -

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from April 16, 2026, through July 16, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:       April 16, 2026       /S/      James Conolly
                                  ERIC GRANT
                                  by JAMES CONOLLY
                                  Attorney for Plaintiff

DATED:       April 16, 2026       /S/      Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Timothy Austin Pannell

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 30, 2026, at 9:30 a.m., be vacated and the matter continued for further status conference on July 16, 2026, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from April 16, 2026, through July 16, 2026, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 21st day of April 2026

_____
Troy L. Nunley
Chief United States District Judge

StipCont.043026
04/21/26

- 2 -