CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Timothy Austin Pannell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY AUSTIN PANNELL,<br>Defendant. | CR. No.: 2:25-cr-120 TLN<br><br>DEFENDANT TIMOTHY AUSTIN PANNELL'S WAIVER OF PERSONAL APPEARANCE |

Defendant, Timothy Austin Pannell, hereby waives his right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered by the court.  Defendant is currently housed at Taft Community Correctional Center in Taft, California.

Defendant Pannell hereby requests the Court to proceed during any absence that the Court may permit pursuant to this waiver.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

Defendant Pannell further acknowledges that he has been informed of her rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set

- 1 -

06/30/26

times and delays under the Act without him being present.


DATED: June 25, 2026     I consent to the above waiver of personal appearance.

/s/ Timothy Austin Pannell
TIMOTHY AUSTIN PANNELL


DATED: June 25, 2026     I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ


DATED: June 30, 2026     I approve the above waiver of personal appearance.

Troy L. Nunley
Chief United States District Judge

- 2 -

06/30/26