CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for TIMOTHY AUSTIN PANNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY AUSTIN PANNELL,<br><br>Defendant. | Case No.: 2:25-cr-120 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: July 16, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James Conolly, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Timothy Austin Pannell, that the status conference in this matter, currently scheduled for July 16, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on October 15, 2026, at 9:30 a.m. for further status conference. Discovery in this case is extensive, and defense counsel needs significantly more time to review it and discuss it with his client, and to conduct further investigation. Mr. Pannell is currently housed at Taft Community Correctional Center, slowing the discovery review process. To date, the government has produced over 200 pages of police and investigative reports, DEA lab reports, and dozens of hours of body-worn camera video. In addition, defense counsel requires time to seek out ancillary service providers to assist with defense preparation.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from July 9, 2026, through October 15, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 9, 2026 /S/ James Conolly
ERIC GRANT
by JAMES CONOLLY
Attorney for Plaintiff

DATED: July 9, 2026 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Timothy Austin Pannell

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 16, 2026, at 9:30 a.m., be vacated and the matter continued for further status conference on October 15, 2026, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from July 9, 2026, through October 15, 2026, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 13th day of July 2026

Troy L. Nunley
Chief United States District Judge